JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA K. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER ROTH, et al.,<br><br>　　　　　Defendants. | Case No. 5:20-cv-00402-AB (SHK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Complaint Without Leave To Amend, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 7, 2020

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge